IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

DEBRA S. GOLDBECK,  )
                    )
        Plaintiff,  )    Case No. 04-6228-ST
                    )
    vs.             )    ORDER
                    )
JO ANNE B. BARNHART,)
                    )
        Defendant.  )

    Drew L. Johnson
    Kathryn Tassinari
    1700 Valley River Drive
    Eugene, Oregon 97405

        Attorneys for Plaintiff

    Karin J. Immergut
    United States Attorney
    Craig J. Casey
    Assistant United States Attorney
    1000 S. W. Third Avenue, Suite 600
    Portland, Oregon 97204-2902

Jeffrey Hugh Baird
Special Assistant United Attorney
Lucille G. Meis
Social Security Administration
701 Fifth Avenue, Suite 2900, M/S 901
Seattle, Washington 98104-7075

Attorneys for Defendant

KING, Judge:

The Honorable Janice M. Stewart, United States Magistrate Judge, filed Findings and Recommendation on June 6, 2005. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation (#14).

IT IS HEREBY ORDERED that the decision of the Commissioner is affirmed and this case is dismissed.

Dated this    13th    day of July, 2005.

                                    /s/ Garr M. King
                                    Garr M. King
                                    United States District Judge